THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,<br><br>     Plaintiff,<br><br>     v.<br><br>PACIFIC STEEL GROUP dba PACIFIC STEEL GROUP CO dba PACIFIC STEEL GROUP TACOMA,<br><br>     Defendant. | No. 3:23-cv-05960-TMC<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER COMPLAINT<br><br>**NOTE ON MOTION CALENDAR:**<br>November 9, 2023 |

Under Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Puget Soundkeeper Alliance and Defendant Pacific Steel Group ("the parties") stipulate that Pacific Steel's deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended from November 16, 2023 to December 14, 2023.

Good cause exists for this extension, as the additional time will allow the parties to discuss possible resolution of the case before responding to Plaintiff's Complaint. The parties believe that they may be able to avoid the need to consume the Court's resources and further party resources based on the additional time afforded by the requested extension.

The parties jointly and respectfully request that the Court extend the time for Pacific Steel to respond to the Complaint such that Pacific Steel's response is due on December 14, 2023.

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO ANSWER COMPLAINT – 1

147679.0002\164435236.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

DATED November 9, 2023.

| s/Sara V. Cloon                                    , | s/Alyssa Koepfgen                                    , |
|---|---|
| Karen M. McGaffey, WSBA No. 20535 | Alyssa Koepfgen, WSBA No. 46773 |
| Sara V. Cloon, WSBA No. 52739 | Katelyn Kinn, WSBA No. 42686 |
| **PERKINS COIE LLP** | **SMITH & LOWNEY, PLLC** |
| 1201 Third Avenue, Suite 4900 | 2317 East John Street |
| Seattle, WA  98101-3099 | Seattle, Washington 98112 |
| Telephone:  206.359.8000 | Telephone:  206.860.2883 |
| Facsimile:  206.359.9000 | Facsimile:  206.860.4187 |
| E-mail:  KMcgaffey@perkinscoie.com | E-mail:  alyssa@smithandlowney.com |
| E-mail:  SCloon@perkinscoie.com | E-mail:  katelyn@smithandlowney.com |
| *Attorneys for Defendant Pacific Steel Group* | *Attorneys for Plaintiff Puget Soundkeeper Alliance* |

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO ANSWER COMPLAINT – 2

147679.0002\164435236.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## ORDER

For good cause shown, and based on the stipulation of counsel, the deadline for Pacific Steel to file its response to the Complaint is hereby extended to December 14, 2023.

**IT IS SO ORDERED**

Dated this day 13th of November, 2023

_____
Tiffany M. Cartwright
United States District Court Judge

Presented by:

Karen M. McGaffey, WSBA No. 20535
Sara V. Cloon, WSBA No. 52739
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: KMcgaffey@perkinscoie.com
E-mail: SCloon@perkinscoie.com

*Attorneys for Defendant Pacific Steel Group*

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO ANSWER COMPLAINT – 3

147679.0002\164435236.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000